UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00167-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHADWICK BLAIR CHILTON,

       Defendant.

---

## ORDER AND NOTICE OF HEARING

---

**IT IS HEREBY ORDERED** that a Supervised Release Violation Hearing will be held on

**October 30, 2007, at 4:30 p.m.** in the United States District Court for the District of Colorado,

Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 18th day of September, 2007.

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge